Joseph Scott **HUNTER,** a/k/a **Raymond C. Dirker, Petitioner–Appellant,**

v.

Bernie **AISPURO, Warden, Respondent–Appellee.**

No. 90–16398.

United States Court of Appeals, Ninth Circuit.

Oct. 29, 1992.

Before: CANBY, and KOZINSKI, Circuit Judges, and NIELSEN, District Judge.*

### ORDER

The petition of appellant for rehearing is GRANTED. This court's opinion, publish-

---

* The Honorable Wm. Fremming Nielsen, United States District Judge, Eastern District of Washington, sitting by designation.

ed at 958 F.2d 955 (9th Cir.1992), is hereby withdrawn.